UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

DUANE MOORE,

           Defendant.

---

**19 cv 11481**

17-cr-00007 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The Court has received the attached letter from the defendant asking whether the Court has received the defendant's motion dated February 12, 2019. The Court has received the defendant's motion. See Dkt. No. 40. The Government's response to the defendant's motion is due on **April 22, 2019** and the defendant may reply by **May 13, 2019**. See Dkt. No. 42.

**SO ORDERED.**

Dated:    **New York, New York**
           **March 25, 2019**

                                     John G. Koeltl
                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED 3/26/19

Office Of The Clerk,
U.S. District Court, SDNY.
500 Pearl Street
New York, N.Y. 10007

Re: Case No: (S1) 1:17-CR-0007-001 (JGK).

Dear Clerk:

On Or About February, 12TH, 2019, In The Abovementioned Case, An Motion Requesting Restructuring Of Sentence Was Supposedly Submitted To This Court. Because No Response Has Been Received It Is In Question As To Whether Or Not That Motion Has Been Received. Please Confirm.

Thank You.

This 18th Day Of, March, 2019
/S/ Duane Moore
Duane Moore #54929-053
FCI-Otisville
Post Office Box 1000
Otisville, N.Y. 10963