UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

DUANE MOORE,

Defendant.

**19 cv 11481**

17-cr-7 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The defendant's reply to the Government's opposition was due on May 13, 2019. As of today, the defendant has not filed a reply. The defendant is given an extension of time to file a reply to the Government's opposition by **June 7, 2019.** If no reply is filed by that date, the Court will decide the motion on the papers submitted thus far.

SO ORDERED.

Dated: New York, New York
May 24, 2019

John G. Koeltl
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/24/19